

# Fourth Court of Appeals
## San Antonio, Texas

June 11, 2025

No. 04-25-00158-CV

**IN RE AVID WEALTH PARTNERS, LLC**, Jeremy Sagray, Michelle Sagray, JMAB, LLC, and Sagray Properties, LLC, Relators

Original Proceeding[1]

### ORDER

Sitting:        Adrian A. Spears II, Justice
                H. Todd McCray, Justice
                Velia J. Meza, Justice

On March 7, 2025, relators filed a petition for writ of mandamus and an emergency motion for temporary relief. On March 10, 2025, we granted relators' motion for temporary relief, stayed the trial, and requested the respondent and real parties in interest file a response to the petition. After considering the petition, the response filed by the real parties in interest, and the relators' reply, we conclude relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The stay imposed in our order of March 10, 2025 is LIFTED.

It is so **ORDERED** on June 11, 2025.

_____
Adrian A. Spears II, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of June, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2022CI06972, styled *Misty Moy, Individually, As Administratix of the Estate of Steven Moy, On Behalf of All Wrongful Death Beneficiaries and As Next Friend of K.M., C.M., and C.M., Minors*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Angelica Jimenez presiding.